United States District Court
Eastern District of Michigan
Southern Division

**Taylor Wade,**

    Plaintiff,                            Civil No. 20-10524

v.                                     Hon. George Caram Steeh

**Allstate Property and Casualty
Insurance Company and the
United States of America,**

    Defendants.

---

**Stipulated Order to
Dismiss Defendant United States of America without Prejudice, and
Remand this Case to the Wayne County Circuit Court**

---

The parties through their respective counsel, stipulate and agree to the entry of an order dismissing the complaint against the United States of America without prejudice and with each party bearing its own costs and fees.

The parties further agree that this case should be remanded to Wayne County Circuit Court, case number 19-00632-NF, Honorable Sheila Ann Gibson.

Plaintiff agrees that upon remand, she will voluntarily dismiss the claims against federal defendant Jallyah Barnes a/k/a Jallyah Gervin-Barnes from case number 19-00632-NF.

IT IS SO STIPULATED AND AGREED

| **Aref Law, PLLC** | **Matthew Schneider** <br> United States Attorney |
|---|---|
| */s/Sharif A. Aref (by consent)* <br> Sharif Aref  (P74522) <br> Attorney for Plaintiff <br> 2000 Town Center, Suite 1900 <br> Southfield, Michigan 48075 <br> (248) 509-4555 <br> sharif@areflaw.com <br><br><br> Dated: March 3, 2020 | */s/ Vanessa Miree Mays* <br> Vanessa Miree Mays (P34725) <br> Attorney for Defendant <br> 211 W. Fort Street, Suite 2001 <br> Detroit, Michigan 48226 <br> (313) 226-9762 <br> vanessa.mays@usdoj.gov <br><br> */s/ Maureen O'Sullivan (by consent)* <br> Maureen O'Sullivan (P81171) <br> Attorney for Defendant Allstate <br> Property & Casualty Ins. Co. <br> Novi, Michigan 48375 <br> (734) 656-1500 <br> mosullivan@tmizlaw.com <br><br> Dated: March 3, 2020 |

**United States District Court**
**Eastern District of Michigan**
**Southern Division**

**Taylor Wade,**

    Plaintiff,                        Civil No. 20-10524

v.                                     Hon. George Caram Steeh

**Allstate Property and Casualty**
**Insurance Company and the**
**United States of America,**

    Defendants.

## ORDER OF DISMISSAL AND REMAND

Upon reading the stipulation of the parties and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the United States of America is dismissed without prejudice.

**IT IS FURTHER ORDERED** that this case is remanded to Wayne County Circuit Court, case number 19-00632-NF, Honorable Sheila Ann Gibson.


March 4, 2020                          s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE